UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:22CR258 (RNC) |
| v. | : | |
| | : | |
| LIAMDEL MOLINA-MENDEZ | : | |

PRELIMINARY ORDER OF FORFEITURE

The Defendant, Liamdel Molina-Mendez, having pleaded guilty to Count One of the Indictment, charging a violation of 18 U.S.C. §§ 922(a)(l)(A) and 924(a)(l)(D), respectively.

Accordingly, it hereby:

ORDERED, ADJUDGED AND DECREED that, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 (c), all right, title, and interest that the Defendant Liamdel Molina-Mendez may have in the following: (1) One disassembled SCCY, Model CPX-2, 9mm semi-automatic pistol, seized from 303 High Street, Apt 3N, New Britain CT on December 1, 2022, (2) Assorted 9mm and .45 caliber ammunition seized from 303 High Street, Apt 3N, New Britain CT on December 1, 2022, (3) One Taurus, Model GC2, 9mm semi-automatic pistol, bearing serial number ABD521980, seized from the person or possession of co-defendant John Marrero on December 1, 2022, (4) One Rock River Arms, Model 1911-A1, .45 caliber semi-automatic pistol, bearing serial number RA3763 and any associated magazines(s) and ammunition, (5) One Smith & Wesson, M&P Shield .380 caliber semi-automatic pistol bearing serial number NKM3752 and any associated magazine(s) and ammunition, (6) One .40 caliber privately manufactured semi-automatic pistol which was equipped with a laser sight and a 10-round magazine, along with any associated ammunition, (7) One SCCY, Model CPZ-2, 9mm semi-automatic pistol, bearing serial number 732960 and any associated magazine(s) and ammunition, (8) One Armi Sproti Di

Chiappa, MFour-22, .22 caliber semi-automatic pistol with an obliterated serial number and any associated magazine(s) and ammunition, (9) One privately manufactured P80 9mm semiautomatic pistol and any associated magazine(s) and ammunition, and (10) One Ruger LCP II, .380 caliber pistol, bearing serial number 380651542, which had been reported stolen, and any associated magazine(s) and ammunition, is hereby condemned and forfeited to the United States of America.

IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2(b)(3), the Attorney General of the United States or his authorized designee shall seize said property and conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture, and to commence proceedings that comply with any statues governing third-party rights.

IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of the forfeiture in a manner consistent with the provisions of Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which may include publication on the Government's forfeiture website on the internet (http://www.forfeiture.gov).  The United States shall also, to the extent practicable, provide written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the property in the ancillary proceeding.  The foregoing publication and written notice shall include notice of the government's intent to dispose of the property in accordance with the law, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the Judgment.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(c)(2), upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture, and if no third party files a timely claim, this Order shall become the Final Order of Forfeiture.

SO ORDERED this ___ day of _____, 2024 at Hartford, Connecticut.

_____
HON. ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE